FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## I. CAPTION

Larry Paul Arndt Jr
(Enter the full name of the plaintiff or plaintiffs)
v.

Kyle Russell (Warden), Judge Carol McGinnelly (Lehigh County)
Parole Agent Jennifer Grimm (Probation + Parole
Chief Officer Mark Sweeny - Lehigh County Dept. Lehigh County
Andrea Naugle - Clerk of Judicial Records, Toni Remmel - Chief Deputy
David Snyder - Parole Agent                                  of Judicial Records
Court Administrator Susan Schellenberg - Lehigh County Courthouse
Matt Donlue - Head of Records (LCJ)
Civil + Family Division

(Enter the full name of the defendant or defendants)

## II. PARTIES

a. Plaintiff
   Full name: Larry Paul Arndt Jr
   
   Prison Identification number: 0022583
   
   Place of present confinement: Lehigh County Jail
   
   Address: 38 N 4th St., Allentown PA 18102

   Place of confinement at time of incidents or conditions alleged in complaint, including address:
   38 N 4th St Allentown PA 18102
   Lehigh County Jail violated my 1st Amendment, 14th Amendment, civil liberties
   Double Jeopardy, Due Process, Unlawful Imprisonment, PA Criminal Procedure
   Trials w/out
   Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of
   this page or on a separate sheet of paper. (6/2/18-6/26/18, 7/2/18, 8/31/18, 9/10/18, 9/11/18
   10/8/18, 10/8/18, 10/23/18, 2/28/19, 8/6/19, 8/7/19, 8/16/19
b. Defendants: (list only those defendants named in the caption of the complaint, section I) 10/16/19, 2/8/20, 2/13/20
                                                                                              3/10/20, 3/27/20
   1. Full name including title: Kyle Rusell - Warden                                          2/24/20, 2/25/20
                                                                                              3/18/20
      Place of employment and section or unit: Lehigh County Jail                             7/11/18
   
   2. Full name including title: Judge Carol McGinnelly
      Place of employment and section or unit: Lehigh County Courthouse Civil + Family Div.
   
   3. Full name including title: Jennifer Grimm (Parole Agent officer)
      Place of employment and section or unit: Probation/Parole Deptment of Lehigh County
   
   4. Full name including title: Mark Sweeny (Chief Officer of Prob./Parole
      Place of employment and section or unit: Lehigh County Probation/Parole Dept.

Additional defendants: Provide the same information for any additional defendants on the reverse of
this page or on a separate sheet of paper.

2

Noreen Naugle - Clerk of Judicial Records
Lehigh County Courthouse

Toni Remmel - Chief Deputy - Judicial Records
Lehigh County Courthouse

Susan Schellenberg - Court Administrator
Lehigh County Courthouse !!!

Matt Van Loe - Head of Records
Lehigh County Jail

Agent Parol Dave Snyder   Parole Dept
Probation / Parol
Lehigh County

## III. PREVIOUS LAWSUITS

*Instructions:*

> *If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.*
>
> *If you have filed other lawsuits, provide the following information.*
>
> *Parties to your previous lawsuit:*
>
> Plaintiffs _____ N/A —(None)_____
>
> Defendants _____
>
> Issues: _____
>
> Court: if federal, which district? _____
>
> if state, which county? _____
>
> Docket number: _____ None Date filed: _____
>
> Name of presiding judge: _____
>
> Disposition: (check correct answer(s)): Date: _____
>
> Dismissed ____ Reason? _____ None _____
>
> Judgment ____ In whose favor? _____
>
> Pending ____ Current status? _____
>
> Other ____ Explain _____
>
> Appeal filed? ____ Current status? _____
>
> *Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.*

## IV   ADMINISTRATIVE REMEDIES

*Instructions:*

> *Provide the information requested below if there is an administrative procedure to resolve the issues your raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.*

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

Type of procedure. (grievance, disciplinary review, etc.)

None

Authority for procedure. (DC-ADM, inmate handbook, etc.)

None

Formal or informal procedure. _____

Who conducts the initial review? _____

None

What additional review and appeals are available? _____

None

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

On what date did you request initial review? On or about Aug - On or Sept 18/2018 I have written petition's to every one

What action did you ask prison authorities to take? LCJ officials from courthouse To Judges I have gotten ledgers, Tracking To check into all areas, written the officials by hand, petition's To Judge (MCQ)

What response did you receive to your request? Ce petitions - she has Answered one, I have petitioned sentencing The run arounds will look into it Judge's McNally, Anthony and President Judge Reibman of Lehigh County with To DATE - 4/10/20 No response

What further review did you seek and on what dates did you file the requests?
also I sent PCRA, Habeus Corpus, Request Petitions Also have hand written everything from ledger's, Tracking cards, sentencing sheet's in the range of 20-25 times To all LCJ, Lehigh Courthouse officials

What responses did you received to your requests for further review? None!!.. Only 1 Habeus Corpes on 4/1/20 from Adoreen Naugle - Clerk of Judicial Records that motion filed And in 10 business Days will be sent to court for action.

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why?

I have done all and even written to chief parole Office Lehigh County, Head of Records, Head of Treatment, Courthouse Records Called them spoke with Tom Remner to make appointment Never got back to me. Judicial Review Board, Deputy Prothonotary in Harrisburg, Federal Courthouse in Allentown, Public Defenders office Kimberly Makoul and Parole Agent Jennifer Grimm. The Morning Call Editor

V.     STATEMENT OF CLAIM

*Instructions:*

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statues. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

Statement of Claim:

(1) These are the reasons. Judge McGinely has errored on several occasions (2) Regarding my sentences (3) My max dates (4) My mivm date (5) I Been sentenced on Same Day Twice for Same Charges (6) Also one charge I've been sentence + served it 3 Times (7) 1 charge Added that I was never charged with (8) Also I Been violated for a charge that didn't happen for a year after I was violated on it (10) Also by a prevle Agent I never met (11) Also cases + other charges was combined into (1) one (12) prevle Time not caculated right And they added Time while I'm still on too (2) max dates (13) Also, we've kept my prevle Time going when sentenced (14) They stop computed prevle, that is not right (15) Did 151 days on street they Added 373 days to max dates on two cases. He never did they give me Parole violations. The They Also Tewen them into sentencing hearing again on charges (17) They would combine all civil charges (DCC) Together And resentence me after I served the time

VI.     RELIEF

*Instructions: Briefly state exactly what you want the Court to do for you.*

Relief sought: I want to be released, Double Jeopardy violated, over my sentence vacated, and/or no more supervision, an apology from Judge McGinely! and Prevle Dept, and I want to be compensated for my civil rights Due process, 1st, 14th, amendments, civil liberties, unlawful imprisonment Because I can't get time Back or years! Gone Forever Time I missed with my Daughter, my first grand child, And my mother Pain + suffering, losted Disability money, missed Doctor appointments mental anguish, Depression, guilt, Anxiety, missed scheduled Testing, operations for elbows

VII.     DECLARATION AND SIGNATURE

*I (we) declare under penalty of perjury that the foregoing is true and correct.*

4/10/2020
DATE

Larry P. Curt Jr.
SIGNATURE OF PLAINTIFF(S)
ID - 22983

5

(18) They would schedule me for sentencing hearing on same day for new charge then sentence me on all counts on same day for violations + violate me on new charge TOO (19) Best part I wasn't even at the second hearing (20) QHG# I wasn't even scheduled on I wasn't notified till 8 days later when it was 8/14/18 Then scheduled for 8/27/18 But I'd never get that hearing date or sentencing sheet from Judge (21) I'd be violated after sentencing hearing too!. (22) I'd be in jail n week Then get violated for PtP. by parole! (23) They would credit my time from sentencing date! or violation date not when I was in jail-or jailed which usually was a week or so!. (24) I would sign waiver for QHG# hearing To be unable to QHG# and never be notified when it was on (25) They would have n continuance hearing without me! (26) Never get chance to opposed or not! (27) QHG non hearing held posted 14 days) (28) QHG non III hearing held posted 21 business days (29) QHG non II hearing held more than 60 business days after n arrested (30) Judge McGinelly stated twice in open court I don't like you Mr. Dewalt! you annoy me!. (31) Judge was very presudiciory. bias, towards, me!. numerous times (32) Never no wittness - only hear say evidence!. (33) (It was all me calling) Freedom of speech (34) order for Drug + Achulol Evaluation, I have no history of Drug charges ever + or Abuse!. I soba (haven't drank (in 6 years) (35) Also Mental Health Evaluation No History (either) (36) Judge McGinelly would also Tell me To Shut up in court after she would ask me a question or IF had something To say! (37) Wrote to had presented all of this to all co-defendants with no response. (38) This all is on Transcripts + ledger, Tracking errors, record from LCS, courthouse computers, their own records, but they do nothing

42 USC § 1983 Civil Rights Complaint
in the United States District Court
For the Eastern District of Pennsylvania

## I. Caption

Larry Paul Arndt Jr.

v

Kyle Russell (Warden)
Parole Agent Jennifer Grimm (Probation + Parole Dept Lehigh County
Chief Officer Mark Svenoy (Parole Dept)
Court Administrator Susan Schellenberg - Lehigh County Courthouse
Matt Unnlie - Head of Records (LCJ)
Judge Carol McGinely - Lehigh County Civil + Family Division
Andrea Naugle - Clerk of Judicial Records
Toni Remmel - Chief Deputy of Judicial Records
David Spyner - Parole Agent

### Parties

(D) Plaintiff - Full name - Larry Paul Arndt Jr

Person Identification number - 0022583

Place of present confinement - Lehigh County Jail

Address - 38 N. 4th ST Allentown Pa 18102

Place of confinement at the time of incidents or conditions alleged in complaint, including address -

Lehigh County Jail - 38 N 4th ST Allentown Pa 18102

violates my 1st Amendment, 14th Amendment, civil liberties, Double Jeop. Due process, unlawful imprisonment, Pa Criminal Procedure

Timers alot, 6/7/18, 6/26/18, 7/2/18, 8/31/18, 9/6/18, 9/11/18, 10/8/18
10/8/18, 10/23/18, 2/28/19, 8/6/19, 8/7/19, 8/6/19, 10/16/19, 2/28/20
2/13/20, 10/16/19, 3/10/20, 3/27/20, 2/24/20, 2/25/20, 3/18/20
7/11/18                                                          ⑦

(B) Defendants:
1. Kyle Russell - Warden - Lehigh County Jail
2. Judge Carol McGinley - Lehigh County Courthouse Civil Family Div.
3. Jennifer Grimm (Parole Agent officer) Probation Parole Dept Lehigh County
4. Mark Sunday - Chief Officer of Probation (Parole) Lehigh County
5. Andrea Naugle - Clerk of Judicial Records Lehigh County Courthouse
6. Toni Remmel - Chief Deputy - Judicial Records Lehigh County Courthouse
7. Susan Schellenberg - Court Administrator Lehigh County Courthouse
8. Matt Unulue - Head of Records Lehigh County Jail
9. Dave Saynes - Parole Agent Lehigh County

### III Previous Lawsuits

If you have filed other lawsuits provide information
(none)

If not filed other lawsuits proceed to Section III

### IV Administrative Remedies

(A) Describe the administrative procedures available to resolve the issues raised in this complaint.

None - (Grievance (disciplinary review)

Authority for procedure) DC - ADM inmate handbook)

who conduct interview - none

what additional review + appeals available    (3)
none

(B) Describe the administrative procedures you followed:
Date did you request initial review? on or about Aug-2018 and on or about Sept 15/2018 - I have written + petitioned everyone, from courthouse, to Judges, LCJ officials

What action DID you prision authorities to take: I have gotten ledgers, tracking cards, written to officials by hand, petitions To Judge's (MCG) - To check into all - to petitions she has answered one, she has said I will not modify or correct sentence

What response did you recieve - The run around we will look into it, I have petition sentencing Judge's McGinnly, Anthony and President Judge Reibman of Lehigh county with To Date 4/10/20 no response and have written all defendant's with (by mail) no response

What further review did you seek - Also I sent Habeus Corpus, PCRA, Request Petitions, and have written everything from ledger's, tracking cards sentencing sheets in the range of 20 to 25 Times To all LCJ, Lehigh County Courthouse officials

What further responses did you recieve to your requests for further review =
                none!!. Only (1) Habeus Corpus on 4/1/20 from Andrea Waugle - Clerk of Judicial Records that motion filed and in 10 business days will be sent to court for action?

C. I have done all and every thing, even written to chief parole officer Lehigh County, Head of records, Head of Treatment, Courthouse records, called them spoke with Toni Remme, to make appointment, never got back to me, Judicial Review Board, Deputy Prothonotary in Harrisburg, Federal Courthouse in Allentown, Public Defenders office Kim Michael, Parole Agent Grimm, The Morning Call

(4)

## Statement of Claim

(1) These are the reasons Judge MCG has erreores on several occasion regarding my sentence, (2) my max dates, (3) my minium dates, (4) I have been sentence on same day Twice for same charges, (5) Also charge I have been sentence + served it 3 Times, (6) I charge added that I was never charged with by Slatington Police, (7) Also I been violated on charge that didn't happen till a year later after I was violated on it, (8) Then also by parole agent I never met, (9) Also cases #, OTN # charges was combined into (1) OTN #, (10) Parole time not calculated right and they added time while in jail on too (2) max dates, (11) also never kept my parole time going when sentenced, they stop computing parole, that is not right, did 151 days on street, they added 343 days to max dates on two cases, (12) Never did they give me parole violations, Time, They also turned them into sentencing hearing again on charges, (13) They would combine all civil charges (IDCC) Together and resentenced me after I served the time, (14) They would change minium dates in one day after sentencing me on same day for a new charge, then sentence me on all counts on same day for violations. (15) And violate me on new charge too, (16) Best part I wasn't even at the second hearing, (17) and it wasn't even scheduled or I wasn't notified till 8 days later when it was (8/14/18) Then scheduled for 8/27/18 (18) But I'd never get hearing date or sentencing sheet from Judge, (19) I'd be violated after sentencing hearing too! (20) I'd be in jail a week then get violated for P.V. by parole (21) They would

(5)

credit my time from sentencing date or violation date not when I was in jail or jailed which usually was a week or so [24]. I would sign waiver for gag I hearing to be waive to gag II was never be notified when it was or they would have to continuance hearing without me. [25] Never get chance to opposed or not! [26] gagnon hearing held never waived it [27] pasted 14 days, gag II hearing held pasted 21 Business days [28], gagnon II hearing held more than 60 Business days after arrested [29], Judge McGinely stated twice in open court I don't like you Mr. Penst, you annoy me! [30] Judge was very prejudicial, bias towards me. Numerous times [31], never no witnesses —only hear say evidence (It was calling a person names Freed of Speech Two people having words with each other that's it) [32], Order for Drug + Alcohol Evaluation, I have no history of Drug charges ever or Abuse, I sober (haven't drank in 6 years) [33] Also Mental Health evaluation no History (Either) [34] Judge (McG) would also Tell me to shut up in court after should would ask me a question or If had something to say [35] wrote to and presented all of this to all co-defendants with no response This all is on Transcripts + ledger, Tracking cards, Record from LCJ, courthouse, computers, their own records [36], but they do nothing. Their hoping I go away — wrong that will not happen I will pursue all the ways possible

VI. Relief

What I would like court to Do for you

Relief sought:

I want to be released, my sentence vacated, and no more supervision. An apology from Judge McGinley! And Parole Dept, and I want to be compensated for my civil rights Due process, 1st, 14th Amendments, civil liberties, unlawful imprisonment Because I can't get time back or years! Gone Forever Time I missed with my Daughter, my first grand child, and my mother, pain + suffering, losted Disability money, missed Doctor appointments, missed scheduled testing, operations for elbows, pain + suffering mental Anguish, Depression, guilt anxiety, Double Jeopardy violated over + over, cruel + harsh
Damaged Image                                        Punishment

(I) (we) declare under penalty of perjury that the forgoing is true + correct

4/16/2020                              Larry P. Arnott Jr
_____                           _____
DATE                                   Signature of plaintiff(s)
                                       ID-22983
                                                            (S)

Application To proceed Informa Pauperis
in 42 U.S.C. § 1983 civil Rights Action in the
United States District Court
For The Eastern District of Pennsylvania

1. Caption:

   Lacey Paul Arndt Jr

   v

   Judge Carol McGinely - Lehigh County Judge
   Kyle Russell - warden (LCJ)
   Parole Agent Jennifer Grimm
   David Snyder - Agent Parole Dept
   Mark Sweeney - Chief Parole Officer
   Susan Schellenberg - Court Administrator - Lehigh County Courthouse
   Andrea Naugle - Clerk of Judicial Records Lehigh County Courthouse
   Toni Remmel - Deputy Chief - Lehigh County Courthouse
   Matt Unulue - Head of Records (LCJ)

   Instructions - The caption of this application should be identical to the caption of the complaint - show your full name in the first line of the declaration below. Provide all information requested.

   I (your name) Lacey Paul Arndt Jr, declare that I am the plaintiff in the above captioned 42 U.S.C. § 1983 civil rights action and that I am entitled to proceed informa pauperis pursuant to 28 U.S.C. § 1915 Because of my inability to prepay the full $150 fee to file this action or give security therefore I understand that the granting of informa pauperis status does not waive payment of the full filing fee

   In future support of this application, I provide the following information                                      (3)

   1. Do you presently have prison employment (NOT

2) If you are not employed do you have other Income (No ☒)

3) If "yes" to either of above, state source of monthly Income and amount. <u>NONE</u> source <u>amount</u> <u>None</u>

4) If "no" state date and place of last employment and amount of monthly Income Date & Place Sloth - March 10/2015) PreFab worked there 3 months amount $13.50/hr (if) 40 hrs a week, would be (2160 p/mnths) alot of Times it was only 32 hrs p/week

5) Do you have any money in Prison Account (yes) 50 cents

6) Do you have any money in bank account (No) ☒ lasted. I knew it was in minus - over Draft

7) Do you own or have an interest in valuable property such as a automobile, real estate, stock or Bonds (☒Yes)

If "yes" Describe Property - 1998 Chevy S10 pickup value maybe $500.00 don't really know - Truck - parked, no Insurance, No Inspection, not driveable, needs, muffler, exhaust, tires, Tune up, Battery, spark plugs, fuel pump, water pump, Brakes, system flushed, air conditioning recharged (Freon) not worth it, I'm Broke!

8) List the person who Depends on you for support, state their relationship to you, how much you contribute toward their support - Audrey Arnst (my 77 year old Mother) I live with her help with the Bills, food, heat, gas, I give $50.00 per mnth Towards bills, buy my own food and cook it too, and life Insurance, Doctor apps. So I have nothing Left, Help pay Taxes whatever she needs!

Part (8)

9) State whether you have recieved within past 12 months any money from any of the following sources

    a) Business, profession or other forms of self employment (NO)

(b) Rent payments, interests, dividends (NO) ☑

c) Pensions, annuities, or life insurance payments (NO ☑)

D) Gifts or inheritance (NO ☑)

(C) any other source (☑ yes ☐ NO)

If answer to any of the above is 'yes' describe each source of money + state amount recieved each source during the past 12 months

Food stamps $5175 p/month, SSI (Social Security (691.00) p/month I'm permanently disabled. I have torn ligaments, tendons in both elbows, rod, plates, screws holding spine together (C-3 to C-7) high blood pressure, arthritic, also muscles spasms in back legs, neck nerve damage permanent, numb in both hands, neck back down through arms pain 24/7 has a any, siezures history too now ½ hurt 5 years ago losted everything.

4/10/2020
Date

Gary P. Auth Jr.
Signature of Plantiff

<u>In Certification</u>

Request that an application or appropiate prison offical pruvine (1) the information below concerning your monthly inmate trust fund account balance and (2) certifies copy of your inmate trust fund account statement showing all deposits + withdrawl for prior six month period

(8)

III Certification

I certify that the application named herein has the sum of $.50 cents on account to his credit at the Lehigh County Jail institution where he is confined

I further certify that during the last six months the applicant's average monthly account balance was $0 - 7.00 dollars and that the average monthly deposits during the last six months were -0- $7.00 per week for 1 week in Feb 2020, Feb 2020 -0- 9.00 p/week, March 2020 -0-7.00 March 2020 0-6.00 and March 2020 -0-5.00 for a TOTAL of $30.00 for last six months Because applicant was not confined (LCJ) in or any other prison in Nov-2019, Dec 2019, or Jan 2020 - and of $30.00 he earned Lehigh County Jail Took $15.00 For Booking processing Fee! From inmate Trust Fund account of Larry Paul Arndt JR ID 22583

I further certify that the application has the following securities to his credit "0" according to the records of said institution Lehigh County Prison as of 4/9/2020 . 50 cents and no other Institution haven't been in any other Jail or Prison's on Account for inmate Larry P. Arndt JR - ID 22583

4/10/2020
Date

Larry Paul Arndt Jr
ID 22583

(18)