## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY PAUL ARNDT, JR.,** | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | |
| | : | **NO. 20-1981** |
| **KYLE RUSELL, et al.** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this __5th__ day of May, 2020, upon consideration of Larry Paul Arndt, Jr.'s

Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is

**ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **DENIED AT MOOT** pursuant to 28

U.S.C. § 1915.

2.      Arndt's Complaint is **DISMISSED WITH PREJUDICE** pursuant

to 28 U.S.C. § 1915A for the reasons stated in the Court's Memorandum.  The dismissal is

without prejudice to Arndt's filing a petition for writ of habeas corpus pursuant to 28 U.S.C. §

2254 when he has exhausted available state remedies.

3.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

 **/s/ John Milton Younge**
**Judge John Milton Younge**